# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOSEPH BUDD,<br><br>            Plaintiff,<br><br>     v.<br><br>FLEMMING, *et al.*,<br><br>            Defendants. | No. 1:23-cv-00748-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE<br><br>Doc. 11 |

Plaintiff Eric Joseph Budd is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2023, the assigned magistrate judge screened the complaint, found Plaintiff failed to make any cognizable claim against Defendants, and granted Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within thirty (30) days. Doc. 9. On October 30, 2023, following Plaintiff's failure to file an amended complaint or otherwise communicate with the Court, the magistrate judge issued findings and recommendations to dismiss this action with prejudice for failure to state a claim, failure to obey a court order, and failure to prosecute. Doc. 11.

On November 14, 2023, Plaintiff filed a document that was docketed as his objections to

the pending findings and recommendations.  Doc. 12.  Although Plaintiff states that "[t]he primary objection is failure to state a claim," the remainder of the filing does not appear related to the pending findings and recommendations or Plaintiff's failure to either file an amended complaint or a notice of voluntary dismissal.  *Id.*  At no point does Plaintiff explain his failure to respond to the Court's screening order or indicate his intention to continue prosecuting this litigation.  *See Id.*  As such, Plaintiff has not provided a basis for rejecting the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is ORDERED:

1. The findings and recommendations issued on October 30, 2023, Doc. 11, are ADOPTED IN FULL.
2. This action is DISMISSED, with prejudice, for failure to state a claim, failure to obey a court order, and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 29, 2024

UNITED STATES DISTRICT JUDGE

2